**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Dina Nord<br><br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 24-13549-amc<br><br>HEARING DATE: April 21, 2026<br>TIME: 11:00am<br>LOCATION: Courtroom #4 |

**MOTION OF CARRINGTON MORTGAGE SERVICES, LLC FOR RELIEF FROM
THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(a) TO PERMIT MOVANT
TO COMMENCE OR CONTINUE FORECLOSURE PROCEEDINGS ON
2323 ROMA DR., PHILADELPHIA, PENNSYLVANIA 19145**

AND NOW COMES, Carrington Mortgage Services, LLC ("Movant"), by and through its attorneys, Hill Wallack LLP, and respectfully represents as follows:

1.     This Motion ("Motion") is filed by Movant for Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on certain real property located at 2323 Roma Dr., Philadelphia, Pennsylvania 19145 ("Mortgaged Premises").

2.     On or about 12/07/2018, Dina Nord ("Debtor") executed and delivered to Carrington Mortgage Services, LLC a fixed rate Note ("Note") in the principal amount of $423,000.00. A true and correct copy of the Note is attached hereto and made a part hereof as Exhibit "A."

3.     To secure the obligations under the Note, Debtor granted Carrington Mortgage Services, LLC, its successors and assigns a valid, enforceable, and recorded first lien and mortgage ("Mortgage") on the Mortgaged Premises, all of the terms of which are incorporated herein by reference as if fully set forth at length, which Mortgage was thereafter recorded in the Philadelphia County Recorder of Deeds Office on 12/20/2018 as Doc Id: 53456844. A true and correct copy of the Mortgage is attached hereto and made a part hereof as Exhibit "B."

4. Movant is the current mortgagee by virtue of an Assignment of Mortgage. A true and correct copy of the recorded Assignment of Mortgage chain is attached hereto and made apart hereof as Exhibit "C."

5. Carrington Mortgage Services, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

6. On October 1, 2024, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

7. The Debtor, in their Schedules filed on 11/11/2024, states that the current value of the Mortgaged Premises is $458,582.00.

8. Movant filed its Proof of Claim on 12/10/2024, as Claim 15. The Proof of Claim is in the amount of $496,786.65, with pre-petition arrears due in the amount of $102,844.25, together with additional legal fees and costs and taxes due and payable on the Mortgaged Premises.

9. The Debtor, in their Third Amended Chapter 13 Plan, states that the Debtor will make post-Petition monthly payments directly to Movant.

10. As of 3/11/2026, the current monthly payment on the Mortgage is $3,824.98.

11. The Debtor is currently in arrears due to their failure to remit the post-Petition payments due January 01, 2026, through March 01, 2026, in the amount of $11,474.94 ($3,824.98 x 3 months), less a suspense balance in the amount of ($3,509.94), for a total amount due of $7,965.00. A post-Petition ledger is attached hereto and made apart hereof as Exhibit "D."

12. Consequently, Movant is entitled to Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) (1) as the Debtor has defaulted on post-Petition payments.

14. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

WHEREFORE, Carrington Mortgage Services, LLC respectfully requests that this Court enter an Order granting Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) to allow Movant to proceed in its foreclosure of the Mortgaged Premises, to name the Debtors in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises, and to allow Movant, or any other purchaser at the Sheriff's Sale, to take any legal action necessary to gain possession of the Mortgaged Premises.

By:  /s/ Aleksandra Fugate
Aleksandra Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com