# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>Dina Nord<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 24-13549-amc<br><br>HEARING DATE: April 21, 2026<br>TIME: 11:00am<br>LOCATION: Courtroom #4 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Carrington Mortgage Services, LLC ("Movant") has filed a Motion for Relief from the Automatic Stay provisions of 11 U.S.C. § 362(a) with respect to certain real property located at 2323 Roma Dr., Philadelphia, Pennsylvania 19145.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 14, 2026 you or your attorney must do **all** of the following:

(a)    file an answer explaining your position at:
U.S. Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to the Movant's Attorney:
Aleksandra Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
929-295-7874

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

A hearing on the motion is scheduled to be held before the Judge Ashely M. Chan on April 21, 2026 at 11:00 AM in The Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

By:  /s/ Aleksandra Fugate
Aleksandra Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com