**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **DINA NORD** | : | **NO. 24-13549 AMC** |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Siena Place Community Association has filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d), to enforce a lien against 2*323 Roma Drive, Philadelphia, Pennsylvania*.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **15 days** of the date of this notice, you or your attorney must do all of the following:

(a) file an Answer explaining your position at
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney

Elliot H. Berton, Esquire
Gawthrop Greenwood, PC
17 East Gay Street, Suite 100
West Chester, PA 19381
(610) 696-8225

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, Bankruptcy Judge, on **September 8, 2026,** at **11:00 A.M.**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia PA in Courtroom No. **4**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 14, 2026